



# MEMORANDUM OPINION

No. 04-11-00689-CV

**EX PARTE** Julio **ZAVALA**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: October 5, 2011

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On September 19, 2011, relator filed a petition for writ of habeas corpus, complaining Sheriff Amadeo Ortiz has failed to give him "good time" credit during his 180 day confinement after being held in contempt for failure to pay child support. However, a relator is not entitled to habeas corpus relief unless he was deprived of his liberty without due process of law, or if we conclude the judgment ordering him confined is void. *See In re Alexander*, 243 S.W.3d 822, 824 (Tex. App.—San Antonio 2007, orig. proceeding). Relator has failed to meet his burden to show

---

[1] This proceeding arises out of Cause No. 96-CI-11622, in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

he is entitled to habeas corpus relief. Accordingly, relator's petition for writ of habeas corpus is DENIED.

PER CURIAM